UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JERMAINE LACY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:13CV370 RWS |
| | ) |
| COL. RICHARD GRAY, et al., | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

This matter is before me on plaintiff's motion to amend his complaint to name the members of the Board of Police Commissioners for the St. Louis Metropolitan Police Department in their official capacity as a defendant and to drop the Metropolitan Police Department for the City of St. Louis as a defendant. There is no objection to the amendment.

Accordingly,

**IT IS FURTHER ORDERED** that plaintiff's motion to amend [#16] is granted, and plaintiff's second amended complaint [#16-1and -2] is deemed filed as of this date.

**IT IS FURTHER ORDERED** that defendant Metropolitan Police Department's motion to dismiss [#15] is denied as moot as it is no longer named as a defendant in this action.

**IT IS FURTHER ORDERED** that defendant Casino One Corporation's motion to dismiss [#20] is denied as moot as it was directed at the amended complaint.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 6th day of March, 2013.