UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JERMAINE LACY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Cause No. 4:13CV370RWS |
| THE METROPOLITAN POLICE ) | |
| DEPARTMENT, CITY OF ST. LOUIS, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

# DEFENDANTS MISSOURI HIGHWAY PATROL AND SGT. HOFFMAN'S MOTION TO DISMISS

Defendants Missouri Highway Patrol and Sergeant Philip Hoffman, by and through counsel, move this Court pursuant to Federal Rule of Civil Procedure 12(b)(6) to dismiss plaintiff's claims against them for failure to state a claim upon which relief can be granted. A memorandum in support of this motion is filed contemporaneously herewith.

WHEREFORE, Defendants Missouri Highway Patrol and Sergeant Philip Hoffman respectfully request that this Court dismiss the claims against them and award them any additional relief deemed just and proper.

1

Respectfully submitted,

**CHRIS KOSTER**
Attorney General

*/s/ Karin A. Schute*
Karin A. Schute, #62019MO
Assistant Attorney General
Missouri Attorney General's Office
P.O. Box 861
St. Louis, MO 63188
(314) 340-7861
(314) 340-7029 (fax)
*Attorney for Missouri Highway*
*Patrol and Philip Hoffman*

**CERTIFICATE OF SERVICE**

I certify that on this 7 day of May, 2013, I electronically filed the foregoing with the clerk of this Court by using the CM/ECF system, to be served by operation of the Court's electronic filing system, to the following:

Mr. Jeremy A. Gogel
4245 West Pine Boulevard
St. Louis, MO 63108

Mr. Todd A. Mandel
4245 West Pine Boulevard
St. Louis, MO 63108
*Attorneys for Plaintiff*

Mr. Phillip Sholtz
Assistant Attorney General
Missouri Attorney General's Office
815 Olive Street, Suite 200
St. Louis, MO 63188
*Attorney for Defendants Francis Slay, Jr., Bettye Battle-Turner, Richard Gray, Erwin Switzer, and Thomas Irwin*

Mr. James Foster, Jr.
Mr. Rex Fennessey
2730 North Ballas Road, Suite 200
St. Louis, MO 63131
*Attorneys for Defendants Casino One Corp. d/b/a Lumiere Place Casino and Hotels and Charles Mellor*

　　　　　　　　　　　　　　　　　　*/s/ Karin A. Schute*
　　　　　　　　　　　　　　　　　　Assistant Attorney General